UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Civil Cases

22-CV-597

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

For the week of June 6, 2022, the Court will hold certain civil conferences, hearings,

and/or oral arguments by telephone.  Counsel shall call the following number at the designated

time:

Meeting Dial-In Number (USA toll-free):  (888) 363-4749  Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Given that the Court has limited mail capability, counsel involved in any pro se cases

shall mail a copy of this Notice to or otherwise inform the pro se party of the above

teleconference information.  Counsel in any pro se inmate cases shall ensure that the pro se party

is on the line before calling the above-referenced number.

For initial conferences, counsel shall submit a proposed case management and discovery

schedule via ECF by 5 p.m. on the evening *before* the initial conference.

Any requests for adjournments should be filed as soon as possible and clearly explain

why the conference should be adjourned.

SO ORDERED.

Dated:   June 3, 2022
         White Plains, New York

_____
     KENNETH M. KARAS
     United States District Judge