

MEMO ENDORSED

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

August 16, 2022

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Kliot v. Marchionno et al.*
             Case No.: 7:22-cv-00597-KMK
             Joint Request for a Stay of Discovery Until the Resolution of Defendants'
             Motion to Disqualify

Dear Judge Karas:

    The parties write jointly to respectfully request a stay of discovery until the resolution of Defendants' Motion to Disqualify Plaintiff's Counsel.

    On July 29, 2022 Defendants' filed a pre-motion letter requesting permission to file a motion to disqualify Plaintiff's Counsel, based on Counsel's prior representation of Defendant Marchionno in divorce proceedings. ECF No. 26. Plaintiff responded on August 5, 2022. ECF No. 28. On August 15, 2022 the parties attended a discovery conference with Magistrate Judge Krause to discuss the letters and establish a briefing schedule.

    At the conference, Judge Krause assigned a briefing schedule. Defendants' motion is due to be filed and served on or before September 16, 2022. Plaintiff's response is due on October 14, 2022. Defendants' reply is due on October 28, 2022.

    Judge Krause also recommended that the parties send Your Honor a joint letter requesting a stay of discovery pending resolution of the disqualification motion. Both parties have agreed to join this request. The requested stay would help to conserve the resources of the parties and the Court and avoid duplication of work, as it would ensure that the disqualification issue is resolved before discovery proceeds in earnest.

    Therefore, the parties jointly respectfully request a stay of discovery until the resolution of the motion. Current discovery deadlines are October 5, 2022, for fact discovery and December 5, 2022, for expert discovery.

Hon. Kenneth M. Karas
August 16, 2022
Page 2

      The parties also respectfully request that the conference before Your Honor currently scheduled for September 28, 2022 be adjourned until after the motion is resolved.

      Thank you for your consideration of this request.

Both requests are granted. The Parties are to notify the Court immediately after Judge Krause resolves the Motion to Disqualify.

So Ordered.

*/s/ KMK*

8/22/22

Respectfully submitted,

*/s/ J. Samuels-Kalow*
Jacob Samuels-Kalow, Esq.
Assistant Attorney General
Counsel for Defendants

*/s/ Vincent F. Sykes*
Vincent F. Sykes, Esq.
Plaintiff's Counsel

cc: All counsel of record (via ECF)