MEMO ENDORSED

# SYKES LAW FIRM, P.C.

**VINCE F. SYKES, ESQ.**
ADMITTED TO NEW YORK STATE BAR

December 16, 2022

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Letter Motion to Seal

Re:   Kliot v. Marchionno et al., Case #: 7:22-cv-00597-KMK

Dear Judge, Karas:

My office represents the Plaintiff, Ilya Kliot, in the above-referenced matter.

I am respectfully requesting the Court's permission to file under seal from public view, the documents outlined below. Said documents are related to Defendant Marchionno's divorce/custody proceedings in Rockland County Supreme Court, and were submitted as exhibits in support of my Declaration (ECF No. 36).

Proposed documents to be sealed:

Exhibit 1: Summons and Complaint
Exhibit 2: Affidavit of Plaintiff
Exhibit 3: Findings of Fact
Exhibit 4: Note of Issue
Exhibit 5: Judgment of Divorce
Exhibit 6: Child Support Order
Exhibit 7: Custody Order

I further inform the Court that I have discussed my application herein, with Defense counsel, Mr. Jacob Samuels-Kalow, and he joins in the motion to seal.

Wherefore, I respectfully request that the Court issue an Order permitting the filing under seal of the proposed documents.

> Denied without prejudice to allow counsel an opportunity to explain why these documents need to be filed under seal, let alone under seal in their entirety.
>
> So Ordered.
> 12/16/22

Respectfully submitted,

/s Vince Sykes

_____
Vince F. Sykes, Esq.
Counsel for Plaintiff, Ilya Kliot
8 Carbery Court
Pomona, NY 10970
(845) 406-1386

Cc:   **VIA ECF**
Jacob Samuels-Kalow,
New York State Office of the Attorney General
Jacob.Samuels-Kalow@ag.ny.gov