STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

January 11, 2023

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

## MEMO ENDORSED

Re:     *Kliot v. Marchionno et al.*
        Case No.: 7:22-cv-00597-KMK
        **ECF No 22, Case Management Conference Set for January 18, 2023**

Dear Judge Karas:

I write to you to respectfully request an adjournment of the Case Management Conference currently set for January 18, 2023 at 11:00 AM until the pending motion to disqualify at ECF No. 32 through 38 is resolved.

Plaintiff's attorney joins in this request.

Respectfully submitted,

/s/   *Jacob Samuels-Kalow*
Jacob Samuels-Kalow
Assistant Attorney General

cc: All counsel of record (via ECF)

Granted.  The Parties are notify the Court immediately after Judge Krause resolves the Motion to Disqualify to set a status conference.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

January 12, 2023

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8610 ● WWW.AG.NY.GOV