

MEMO ENDORSED

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 18, 2023

**By ECF**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *Kliot v. Marchionno, et al.*, 22-cv-597 (KMK) (AEK)
      Joint Request for Adjournment of Pre-Motion Conference

Dear Judge Karas:

The New York State Office of the Attorney General represents Defendants in the above matter. The parties write jointly to respectfully request an adjournment of the pre-motion conference on Defendants' proposed motion for summary judgment scheduled for September 19, 2023 at noon. *See* ECF No. 49. The parties are requesting this adjournment because they are scheduled to attend a settlement conference with Magistrate Judge Krause on Wednesday, October 4, 2023. *See* ECF No. 66. In the event that the settlement conference is successful, there may be no need for summary judgment briefing. There have been no previous requests for an adjournment.

Thank you for your consideration of this request.

Granted. The Parties are to report back to the Court after the 10/4 conference so that Court can schedule another conference, if need be.

So Ordered.
9/18/23

Respectfully submitted,

/s/ Antwaun E. Gavins
Antwaun E. Gavins
Jacob Samuels-Kalow
Assistant Attorneys General
*Counsel for Defendants*

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8610 ● WWW.AG.NY.GOV